Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

FILED
CLERK U.S. DISTRICT COURT

MAR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH W. MILLS, aka ) Case No. CV 08-1745-CBM(RC)
KENNETH WAYNE MILLS, )
             )
        Petitioner, )
             )
vs.          ) JUDGMENT
             )
SUPERIOR CORUT OF CALIFORNIA )
(NORWALK COURTHOUSE), )
             )
        Respondent. )
_____)

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: 3/24/08

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-1745.jud
3/19/08